In the Matter of STANLEY M. KLEBANOFF, an Attorney, Respondent. CO-ORDINATING COMMITTEE ON DISCIPLINE OF THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, THE NEW YORK COUNTY LAWYERS' ASSOCIATION and THE BRONX COUNTY BAR ASSOCIATION, Petitioner.

First Department, April 20, 1967.

*Angelo T. Cometa* for petitioner.
*Carl J. Rubino* for respondent.

*Per Curiam.* Respondent was admitted to the Bar in the First Judicial Department in December, 1950. He is charged with having employed in his law office a former attorney whose name had been struck from the roll of attorneys, of submission of false medical bills, of preparation and service of false bills of particulars, of commingling funds and of failure to file 883 statements of retainer and 395 closing statements. The report of the Referee sustained the foregoing charges. The respondent does not seek disaffirmance of any of the findings of the Referee, but hopes that we will find in the record support for his plea in mitigation.

The report of the Referee is confirmed. The findings disclose that the respondent, though a comparatively young man (39 years of age), in 16 years of practice involving negligence cases in the thousands, was guilty of professional misconduct on a wholesale scale and of a massive failure to comply with the rules of this court. The record is devoid of mitigating circumstances which would lead us to condone his wrongful acts. Respondent should be disbarred.

Stevens, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ., concur.

Respondent disbarred effective May 19, 1967.